IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, | § § § |
| Plaintiff, | § § |
| VS. | § § CIVIL ACTION NO. H-92-3759 |
| JOHN D. CHANEY, *et al.,* | § § § |
| Defendants. | § § |

## ORDER

The FDIC moved to revive a judgment against defendant William Kenneth Davis, Jr. (Docket Entry No. 107). This court had previously ordered the FDIC to effect service of a previously filed motion to revive the judgment under the applicable rules. (Docket Entry No. 98). In compliance with this court's order, the FDIC has now filed proof of substituted service. (Docket Entry No. 115, 116).

The FDIC has now met the requirements to revive the April 8, 1993 judgment against the defendant William K. Davis, in the amount of $630,119.00, plus postjudgment interest at the rate of 6.28% per annum. The motion to revive the judgment is granted.

SIGNED on June 19, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge